USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/17/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL IRIZZARY,

    Plaintiff,

v.

CITY OF NEW YORK AND JOHN DOES ONE THROUGH FIVE,

    Defendants.

No. 19-CV-7556 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff Rafael Irizzary filed this action on August 13, 2019. To date, Defendants have not appeared and Plaintiff has not filed proof of service. No later than December 27, 2019, Plaintiff shall file proof of service on the docket.

SO ORDERED.

Dated:    December 17, 2019
           New York, New York

Ronnie Abrams
United States District Judge