USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL IRIZZARY,

           Plaintiff,

v.

CITY OF NEW YORK AND JOHN DOES ONE THROUGH FIVE,

           Defendants.

No. 19-CV-7556 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff Rafael Irizzary filed this action on August 13, 2019. To date, Defendants have not appeared and Plaintiff has not filed proof of service. On December 17, 2019, the Court ordered Plaintiff to file proof of service on the docket no later than December 27, 2019. Plaintiff has not done so. No later than January 14, 2020, Plaintiff shall file proof of service. If Plaintiff fails to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 7, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge